THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. MILLER, Appellant, *v.* THOMAS J. STURGIS, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Miller* v. *Sturgis,* 82 App. Div. 580, appeal dismissed.
(Argued May 13, 1904; decided May 31, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 24, 1903, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the reinstatement of the relator as an active member of the fire department of the city of New York and dismissed the proceeding.

*John F. Carew* and *Thomas F. Magner* for appellant.

*John J. Delany,* Corporation Counsel (*James D. Bell* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN and WERNER, JJ. Dissenting: MARTIN, J.